UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS M. JONES,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C19-0641JLR

ORDER DISMISSING ACTION

The Court, having reviewed de novo Petitioner's petition for writ of habeas corpus (Dkt. # 6), Petitioner's amended petition for writ of habeas corpus (Dkt. # 10), the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge (Dkt. # 7), Petitioner's objections to the report and recommendation (Dkt. # 9) and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petitions for writ of habeas corpus (Dkt. ## 6 and 10) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

DATED this 1ST day of July, 2019.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2